

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00419-CR

---

**DAVID PERALEZ, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. DC-2023-CR-1031, Honorable Douglas H. Freitag, Presiding

---

December 8, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Pursuant to a plea bargain agreement, Appellant, David Peralez, was convicted of fraudulent use or possession of credit card or debit card information[1] and sentenced to one hundred and seventy-four days confinement in the Lubbock County Jail. The trial court's certification of Appellant's right of appeal reflects that this is a plea bargain case from which Appellant has no right of appeal. The certification comports with the record

---

[1] *See* TEX. PENAL CODE ANN. § 32.315(e)(1).

before the Court.  Notwithstanding the certification, Appellant filed a notice of appeal, pro se, challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter of November 7, 2023, we notified Appellant of the consequences of the trial court's certification and directed him to show grounds for continuing the appeal. Appellant filed a response but has failed to demonstrate a right to appeal his conviction.

Accordingly, we dismiss the appeal based on the trial court's certification.  *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.